UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 15-04572 FMO (RAO) | Date: | September 28, 2015 |
| Title: | Nadia Issa v. Carolyn W. Colvin | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| N/A | N/A |

**Proceedings:**    (In Chambers) **ORDER RE PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Nadia Issa currently has two cases pending before this Court, both against the Acting Commissioner of Social Security: Case Nos. 15-cv-04572 FMO (RAO) ("Case No. 1") and 15-cv-04634 FMO (RAO) ("Case No. 2"). The complaints in both cases are identical, relating to the same denial of disability benefits. *See* Case No. 1, Dkt. No. 1; Case No. 2, Dkt. No. 3.

On September 21, 2015, the Court ordered Plaintiff to show cause why Case No. 1 should not be dismissed due to her failure to file amended documents in Case No. 1, as instructed by the Court on June 18, 2015. *See* Case No. 1, Dkt. No. 5. Plaintiff responded to the Court's order by filing a declaration of counsel in Case No. 2. *See* Case No. 2, Dkt. No. 17 ("Declaration"). The Declaration addresses dates and events relevant to Case No. 2, but is silent as to Case No. 1. *Id.*

In light of the foregoing, **IT IS HEREBY ORDERED** that Plaintiff must show cause, in writing, by **October 2, 2015**, why Case No. 1 should not be dismissed for failure to prosecute.

**Plaintiff's response to this order to show cause should be filed in Case No. 1. Failure to timely comply with this Order and/or to show cause will result in a recommendation that Case. No. 1 be dismissed for failure to prosecute.**

If Plaintiff does not wish to proceed in Case No. 1, she may voluntarily dismiss Case No. 1 pursuant to Federal Rule of Civil Procedure 41(a). **A Notice of Dismissal form is attached to**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:   CV 15-04572 FMO (RAO)                        Date:   September 28, 2015
Title:      Nadia Issa v. Carolyn W. Colvin

**this Order for Plaintiff's convenience.**  The voluntary dismissal of Case No. 1 *will not* impact the proceedings in Case No. 2, which is now awaiting the filing of Plaintiff's Proof of Service.

**IT IS SO ORDERED.**

                                                                                              :
                                                             Initials of Preparer        gr